BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
FEB 25 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>FORENSIC COPY OF DELL LAPTOP COMPUTER WITH SERIAL NUMBER JWF3LQ1 | CASE NO. 2:13-SW-91 CKD<br><br>SEALING ORDER |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that Attachment B-1 to the rollover search warrant and affidavit in support of rollover search warrant dated February 25, 2013 in this case shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

Dated: 2/25/2013

_____
CAROLYN K. DELANEY
United States Magistrate Judge